```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HARVIN et al                    :        CIVIL ACTION
                                :
   v.                           :
                                :
                                :
LOWE'S et al                    :        NO.13-4746

<u>O R D E R</u>

        **AND NOW, TO WIT:** this 16th day of April, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

        **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                  **MICHAEL E. KUNZ,** Clerk of Court

                                  **BY:/s**/ Mark A. Rafferty
                                          Mark A. Rafferty
                                          Deputy Clerk

E-mailed/faxed to:
Bruce M. Rotfeld, Esq.
Jennifer M. Herrmann, Esq.


Civ 2 (7/83)
41.1(b)